ACCEPTED
15-25-00154-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 9:28 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00154-CV

**IN THE 15TH COURT OF APPEALS
AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 9:28:06 AM
CHRISTOPHER A. PRINE
Clerk

**EIREVBENAGIE OBAZEE,**
*Appellant*,

v.

**`TEXAS HEALTH AND HUMAN SERVICES,**
*Appellee.*

**On Appeal from the 98th Judicial District Court,
Cause No. D-1-GN-22-002007; before the Honorable Sandra Avila
Ramirez**

**TEXAS HEALTH AND HUMAN SERVICES' NOTICE OF
DESIGNATION OF NEW ATTORNEY IN CHARGE**

Texas Health and Human Services files this notice of designation of new attorney in charge of this matter.

Texas Health and Human Services' attorney-in-charge is Helen Kelley. Helen Kelley has left employment with the Office of the Attorney General.

Texas Health and Human Services designates Assistant Attorney General (AAG) Kathy Johnson, as lead attorney in charge. AAG Johnson will be responsible for this suit and will be the attorney to receive all

communications from the Court and other parties. Her contact information appears below.

DATED: November 18, 2025

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Kathy Johnson*
**KATHY JOHNSON**
Assistant Attorney General
Texas State Bar No. 24126964
Office of the Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4164
Facsimile: (512) 320-0167
kathy.johnson@oag.texas.gov
**ATTORNEY FOR APPELLEE,**
**TEXAS HEALTH AND HUMAN SERVICES**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Texas Health and Human Services' Notice of Designation in New Attorney-In-Charge has been served on November 18, 2025, on the following attorneys-in-charge, by e-service:

Casey S. Erick
State Bar No. 24028564
COWLES & THOMPSON, P.C
901 Main Street, Suite 3900
Dallas, TX 75202
Telephone: (214) 672-2138
Facsimile: (214) 672-2138
cerick@cowlesthompson.com

**ATTORNEY FOR APPELLANT**
**EIREVBENAGIE OBAZEE**

/s/ Kathy Johnson
**KATHY JOHNSON**
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christian Young on behalf of Kathy Johnson
Bar No. 24126964
christian.young@oag.texas.gov
Envelope ID: 108161261
Filing Code Description: Other Document
Filing Description: Notice of Atty Change
Status as of 11/18/2025 9:34 AM CST

Associated Case Party: Eirevbenagie Obazee

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Casey Erick | | cerick@cowlesthompson.com | 11/18/2025 9:28:06 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Young | | christian.young@oag.texas.gov | 11/18/2025 9:28:06 AM | SENT |
| Kathy Johnson | | Kathy.Johnson@oag.texas.gov | 11/18/2025 9:28:06 AM | SENT |